MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff United States

**FILED**
Jul 10, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | CASE NO. 1:25-SW-00024-BAM |
|---|---|
| TWENTY-NINE MISCELLANEOUS COINS HELD IN THE CUSTODY OF THE KINGS COUNTY DISTRICT ATTORNEY'S OFFICE | [~~PROPOSED~~] ORDER TO UNSEAL SEIZURE WARRANT AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: **Jul 10, 2025**

_____
Hon. ERICA P. GROSJEAN
United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL SEIZURE WARRANT